Todd E. Kennedy, Bar No. 6014
tkennedy@lionelsawyer.com
Ketan D. Bhirud, Bar No. 10515
kbhirud@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CML-NV ONE, LLC, a Florida limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CITY CROSSING 3, LLC, a Nevada limited liability company; WILLIAM W. PLISE, an individual;<br><br>Defendants. | Case No.: 2:11-cv-00619-RLH -RJJ<br><br>DEFAULT JUDGMENT AGAINST CITY CROSSING 3, LLC AND WILLIAM W. PLISE |

A Motion for Default Judgment having been duly made by CML-NV ONE, LLC for judgment against CITY CROSSING 3, LLC and WILLIAM W. PLISE (Doc. #15), the default of CITY CROSSING 3, LLC and WILLIAM W. PLISE having been entered on April 21, 2011 for failure to plead or otherwise defend in this action (Doc. #14), and it appearing that CITY CROSSING 3, LLC and WILLIAM W. PLISE are not in the military service of the United States and are not infants or incompetent persons, and other good cause appearing therefore,

///
///
///
///
///
///
///

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

IT IS HEREBY ORDERED that CML-NV ONE, LLC recover of and from CITY CROSSING 3, LLC and WILLIAM W. PLISE, as follows:

1. $18,898,327.02 in actual damages;
2. $4,101.55 in attorneys' fees;
3. $1,268.07 in costs; and
4. Post-judgment interest accruing at the rate of 9.25% from the date of entry of the Default Judgment until paid in full.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

DATED: September 1, 2011

Submitted by:
LIONEL SAWYER & COLLINS

_____
Todd E. Kennedy, Bar No. 6014
Ketan D. Bhirud, Bar No. 10515
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2